UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERONIMO PIEDRA GOMEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EXTREME EXTERIORS, INC., et al.,<br><br>Defendants. | Case No. 23-cv-00439-JSC<br><br>**ORDER TO PLAINTIFF GOMEZ TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

By Order filed September 18, 2023, the Court granted attorney James Dore's motion to withdraw as counsel for Plaintiff Geronimo Gomez. (Dkt. No. 28.) Mr. Dore represented he had lost contact with Mr. Gomez despite repeated attempts to reach him by mail, telephone and email. It thus appears Mr. Gomez is unwilling or unable to prosecute this action. **If Mr. Gomez wishes to continue to prosecute his claims, on or before November 7, 2023, he shall submit a writing to the Court stating his intent to prosecute his claims.**

The Court will serve Mr. Gomez with this Order at the address on the docket. Mr. Dore shall also send this Order to Mr. Gomez by mail and email, and assist Mr. Gomez with making a filing, should he ask for assistance. Mr. Gomez is warned that his failure to file a writing with the Court by November 7, 2023, will result in a dismissal of his claims with prejudice.

**IT IS SO ORDERED.**

Dated: October 24, 2023

JACQUELINE SCOTT CORLEY
United States District Judge